ALBANY,
October, 1824.

STONE *against* BURT.

ON error from the C. P. and judgment affirmed, double costs were taxed, without proof to the taxing officer that the plaintiff in error had delayed the execution below by putting in bail.

*C. P. Kirkland*, moved for a retaxation, on this ground, and cited 1 *R. L.* 346, *s.* 14. 2 *Sayer on Costs*, 200. *Peters & Gedney* v. *Henry*, 6 *John. Rep.* 278.

*Curia.* The statute cited gives double costs in those cases only where execution is *actually* delayed by the writ of error. Such delay should be proved to the officer before he is warranted in taxing double costs.

Motion granted.

Double costs are not allowed of course to the defendant in error on affirming the judgment; but it should be shewn that execution was actually delayed by the writ of error; and this should be proved to the taxing officer before he is warranted in doubling the costs, within the statute (1 *R. L.* 346, *s.* 14.)